

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Quantel Saunders     3552727

(Enter above the full name of the plaintiff or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**     CIVIL ACTION NO. 2:21-cv-250
(Number to be assigned by Court)

Besty Jividen Commissioner, Wardin Ames,
ASS Frame, CAPT Clifford, Derick McKenney
CHP Toney, Post office worker Lisa, Boggs
Vicki Dempsey, Tom chandler, Kin Thancher, Michelle Hudson

(Enter above the full name of the defendant or defendants in this action)

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____     No __X__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit:

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2. Court (if federal court, name the district: if state court, name the county):

    _____

    3. Docket Number: _____

    4. Name of judge to whom case was assigned:

    _____

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    6. Approximate date of filing lawsuit: _____

    7. Approximate date of disposition: _____

II. Place of Present Confinement: Mount Olive Corr. Complex

    A. Is there a prisoner grievance procedure in this institution?

        Yes  X        No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes  X        No ____

    C. If your answer is YES:

        1. What steps did you take? Wrote Grievance, Appeal to the Highest level

        2. What was the result? No actions were taken, it was never looked into. Grievance Denied.

    D. If your answer is NO, explain why not: ____

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Quauntel Saunders

       Address: 1 mountainside way Mt Olive, WV 25185

    B. Additional Plaintiff(s) and Address(es): ____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _Besty Jividen_

is employed as: _Commissioner_

at _Mount Olive Corr. Complex / DCR of West Virginia_

D. Additional defendants: _Warden Donald Ames, CAPT Clifford, CAPT Toney, Derick Mckinney, Post Office Worker Lisa Boggs, Vicki Dempsey, Tom chandler, Kia thancker_

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_See Attached_

4

## IV Statement of Claim

1. Since 2017 my legal mail have been tampered with such as read, copied, and not sent out.

2. That caused my deadline, to loose summary judgement on cases, not to be able to go through the grievance stystem coreatly.

3. Back in 2017-2019, I knew I was being done wrong but didn't honestly know how to stop it. Now that im more familar with the law I'm filing a civil suit

4. These problems that I am still facing today April 2021 more than 4 years later.

5. I'm also being denied call to my Attorneys & familly members. They will only allow me to use the phone at 1, 2, or 7am all 5 day that im allowed Rec

6. My daughter is going on 6 years old. she is enrolled in school. I can not speak with here at 1, 2, or 7am because she is either sleep or on here way to school on the bus

7. My Attorney does not get into his office untill 9 or 9:30 am. So 1, 2, or 7am I am not able to speak with my Attorney

8. I am also being denied acess to the Courts, my mail & facility checks are not making it to Courts. I am missing deadline & can't proceed because of my filing fee.

9. In 2017-2018 my grievance where being tampered with bekause I was filing a civil suit on wrong doing

10 My grievance weren't being turnt in, sent to the Warden & some not sent to Commissioner

11. Officers even messed up by sending my Grievance to the Commissioner when I sent them to the Warden. This happen after my multiple grievance.

12. Unit Manager even said he was responding to all the Grievance I sent him, but I was getting Copies of all my grievance because of the wrongful act by staff.

13. So I proved to him that I sent in Grievances that he wasn't getting because of Corr. Officers wasn't turing them in.

14. I was in Segregation all my Mail, Request, & Grievance is giving to staff to put in Mail box or basket.

15. This is a Violation of my first, fifth, fourteenth Amendments. see Exhibits (A-M)

16. 2019-2021 while in QI or QII I was denied access to the phone at a reasonable time to speak with my child & Attorney.

17. I put in several Request to speak with my child at a reasonable time

18. I put in numerous Request to speak with my Attorney's at a reasonable time

19. Dec 29, 2021 - April 2021 I still have not had a chance to speak with my daughter due to the 1, 2, or 7am Rec schedual. & because my daughter in school.

20. This is done to cause harm to me. see Exhibits (N-P)

21. Oct 6, 2021 - April 1 2021 my mail is still being held, opened, read, copied, ect. Also June 1, 2020 & Sept 18, 2020

22. On Oct 6 I recieved a letter from my Attorney that was sent on Sept 21 thats 15 days later. I was in the Murder of

## IV Statement of Claim

going through a Murder Trial.

23. My legal Mail from Attorney Todd Hawk was opened copied & Resealed & my bar codes were blacked out. The Mail was at MOCC on 1/12/21 I didn't recieve it untill 1/19/21 officer sign his name on legal mail & legal sheet to show my legal Mail Was tampered with AGAIN!

24. Same excat thing happened on 1/29/21 I recieved a letter from my Attorney with bar code black out & tampered with. It was at MOCC on 1/22/21, I recieved a week later officer would not sign the legal sheet or my letter for me

25. The Post Office was holding legal Mail/Documents that I wanted sent to Courts. I believe they was Copying my Mail to gain advantages on my civil suits against them.

26. They didn't send & was holding my Incareration Claim against MOCC, Habeas Corpus 2241, & 42 USC § 1983 against MOCC,

27. They would not tell me when they was sent out & was held in the Post Office for over a Week an a half.

28. My $5.00 filing fee for my Habeas Corpus 2241 was sent with my Habeas. The prison did not send my $5 untill days later & caused me to have to refile my Habea because I miss my deadline because they wouldnt send my $5.

29. They held the $ for over 2 week or more.

30. The Trustee clerk would not fill out my Applications for my Habea Corpus (state) & my 2 civil of Proceed in form Pauperis.

31. This was done to stop me from filing civil action on MOCC & Staff members for the rights they were violating.

32. John Frame said that I have 2 years to file my civil suit but does not know what or when my rights was violated or what

I ~~see~~ suing over unless he have been reading my legal Mail with I believe 100% that he was I have been

33. I recieved mail from Southern District Court on 2/11/21 which was 5 days after it was already at MOCC.

34. The letter said I had 10 day to send a proceed without fee or $5. If not I will not have my habeas Corpus file.

35. MOCC failed to provide me a proceed without pay and/or my $5 cut for the filing fee.

36. I had to refile my Habeas Corpus. see Exhibits (Q-~~Z~~)

37. April 1, 2021 my mail from Civil Suit on MOCC from 2017 Paul Stroebel was torned open & copied or Read I believe. Officer Hariston wrote a Report saying it was open before he was able to open it infront of me.

38. letters of legal Mail that have been tampered with see Exhibits (AA-II)

39. Each Defendant is sued individually and in his/her official capacity. At All times mentioned in this complaint each defendant acted under the color of state law.

40. Plaintiff reallege and incorporate by reference paragraphs 1-39.

41. The holding, opening, not sending, tampering with legal not allowing plaintiff to complete Grievance process, and not allowing plaintiff to contact Daughter & Attorney's violated plaintiffs constitutional rights at issue Right to use the Courts, petition the government for redress of grievances, and due process of law under the First Fifth and fourteeth Amendment to the United States Consitution.

## IV  Statement of Claim

42. The Plaintiff has no plain, adequate, or complete remeddy at law to redress the wrongs discribed herein. Plaintiff has been and will continue to irrepandy injured by the conduct of the defendants unless this court grants the declartory and injunctive relief which plaintiff seeks.

43 Verification and Signature

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I belieive them to be true. I certify under pentalty of perjury that the foregoing is true and correct

Executed at Mt Olive, WV on April ,2021

*[signature]*

Qcuantel Saunders
Mt Olive Corr. Complex
1 mountainside way
Mt Olive, WV 25185

## IV Statement of Claim

addition: 1. On April 8, 2021 I recieved legal mail from my Attorney. My name was not on the legal mail list. I had to write my name & sign in pen

2. Every time an Inmate recieve legal mail. His name is on legal sign sheet & has to be pre policy. Mine was not.

3. On April 12, 2021 I recieved legal mail once again from my Attorney. My Name was not on the legal Mail list AGAIN. I had to sign my name.

4. This I do belive was a mistake by Post Office because They DID NOT PLAN/MEAN to send that mail yet.

5. They wanted to open & copy/Read it before they sent it to me.

6. There is no other reason my name would be left off the legal mail sheet.

7. I believe they want to tamper with my mail & send it on a letter date. such as a week later like they have been numerous times before. but some one seen my mail & put it in the basket to be delivered. Not knowing Post office & Administration wanted to open copy & read my legal Mail

8. Grievance & Request for Copies of the legal sign sheet attached Exhibits (JJ-NN)

9. On February 24, 2021 Money was tooken off my book for postage legal Mail that I did not sign a voucher for to be sent out. This is Retaliation & Harassment toward me

IV. Statement of Claim (continued):

See Attached

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) A declaration that the acts and omissions described herein violated plaintiffs rights under the Constitutional and laws of the United States

2) A preliminary and permanent injunction ordering all defendants to stop tampering, opening, reading, copying, and not sending my legal mail

3) Compensatory damages in amount of $30,000 against each defendant, jointly and severally.

4) Punitive damages in the amount of $30,000 against each defendant.

5) A jury trial on all issues triable by jury.

5

V.  **Relief (continued):**

6.) Plaintiffs cost in this suit

7.) Any additional relief this court deem just.

VII. **Counsel**

   A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes  X        No ___

   If so, state the name(s) and address(es) of each lawyer contacted:

   Caldwell, Lunchu, Ditrapano  500 Randloph st  chas, WV 25302

   Linda Miles  225 Willey st  Morgantown, WV 26505

   If not, state your reasons: _____

   C.  Have you previously had a lawyer representing you in a civil action in this court?

   Yes  X        No ___

If so, state the lawyer's name and address:

Paul Stroebel      Po box 2582      chas, WV 25329

Signed this __12th__ day of __April__, 20 __21__.

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 12 2021__.
           (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Quowntel Saunders
_____
Your full name

v.                                             Civil Action No.: 2:21-cv-250

Besty Jividen, Donald Ames
CAPT Clifford, CAPT Toney
Derick Mckinney, Post Office mechelle Hudson
worker Boggs Vicki Dempsey Tom chandler, Kia Thancker
Enter above the full name of defendant(s) in this action

**Certificate of Service**

I, Quowntel Saunders _____ (your name here), appearing *pro se*, hereby certify that I have served the foregoing ___42 USC § 1983___ (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on ___April 12 2021___ (insert date here):

(List name and address of counsel for defendant(s))

___QS___
(sign your name)